```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
ADAM POTTER,

                    Plaintiff,
                                          23-cv-2914 (JGK)
     - against -
                                          ORDER
BEACON INTERCONTINENTAL GROUP, INC.,

                    Defendant.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a pre-motion conference by telephone on **June 26, 2023, at 3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:    New York, New York**
          **June 14, 2023**

/s/ John G. Koeltl
**John G. Koeltl
United States District Judge**