UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM POTTER,

            Plaintiff,

- against -

BEACON INTERCONTINENTAL GROUP, INC.,

            Defendant.

23-cv-2914 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 4, 2023.

SO ORDERED.

Dated:    New York, New York
           July 21, 2023

                                    John G. Koeltl
                              United States District Judge