UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM POTTER,

                    Plaintiff,

        - against -

BEACON INTERCONTINENTAL
GROUP, INC.,

                    Defendant.

---

23-cv-2914 (JGK)

Order

John G. Koeltl, District Judge:

In view of the final order in Potter v. Beacon, No. 20-cv-4599, the parties are directed to advise the Court by **June 25, 2026**, whether this case should be closed.

SO ORDERED.

Dated:      New York, New York
            June 22, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge