UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM POTTER,

Plaintiff,

- against -

BEACON INTERCONTINENTAL GROUP, INC.,

Defendant.

23-cv-2914 (JGK)

Order

John G. Koeltl, District Judge:

The parties having failed to advise the Court by June 25, 2026 whether this case should be closed (ECF No. 121), this case is **dismissed without prejudice** for failure to prosecute.

The Clerk is respectfully requested to close this case.

SO ORDERED.

Dated: New York, New York
September 9, 2026

John G. Koeltl
United States District Judge